No. 87–2029.   HILL *v.* DEPARTMENT OF THE AIR FORCE ET AL. C. A. 10th Cir.   Certiorari denied.

No. 87–2031.   LONG *v.* LARAMIE COUNTY COMMUNITY COLLEGE DISTRICT ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 87–2032.   LILLY *v.* EBSCO INDUSTRIES, INC.   C. A. 6th Cir.   Certiorari denied.

No. 87–2033.   MICHIGAN *v.* TULLOCK.   Ct. App. Mich.   Certiorari denied.

No. 87–2035.   GORDON ET UX. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 87–2036.   HEROLD *v.* BURLINGTON NORTHERN INC.   C. A. 8th Cir.   Certiorari denied.

No. 87–2040.   MISSOURI ET AL. *v.* ROCKWOOD SCHOOL DISTRICT ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 87–2041.   JONES *v.* NIAGARA FRONTIER TRANSPORTATION AUTHORITY ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 87–2042.   WARNER CABLE COMMUNICATIONS, INC. *v.* CITY OF NICEVILLE, FLORIDA, ET AL.   Sup. Ct. Fla.   Certiorari denied.

No. 87–2043.   MOORE *v.* FLORIDA.   Dist. Ct. App. Fla., 5th Dist.   Certiorari denied.

No. 87–2044.   THRUSH ET AL. *v.* THRUSH.   C. A. 3d Cir. Certiorari denied.

No. 87–2046.   UNIROYAL, INC., ET AL. *v.* RUDKIN-WILEY CORP. C. A. Fed. Cir.   Certiorari denied.

No. 87–2053.   LIBERTY LOBBY, INC. *v.* DOW JONES & CO., INC., ET AL.   C. A. D. C. Cir.   Certiorari denied.